August 8, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY SHAWN MATSON, Appellant

NO. 14-17-00269-CV                          V.

CYNTHIA MATTHEWS, SILVER EAGLE TOWING D/B/A SILVER EAGLE TOWLING AND HOUSTON AUTO STORAGE, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 10, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Anthony Shawn Matson.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.